725 A.2d 176

COMMONWEALTH of Pennsylvania, Respondent,

v.

Frank COSTA, Petitioner.

Supreme Court of Pennsylvania.

March 16, 1999.

478

## ORDER

PER CURIAM:

**AND NOW**, this 16 th day of March, 1999, the Petition for Allowance of Appeal is GRANTED, limited to the following issue:

Was Petitioner rendered ineffective assistance of counsel for failing to object and move for a mistrial in response to the prosecutor's elicitation of testimony from Detective Rok concerning Petitioner's assertion of his Fifth Amendment right to remain silent following his arrest?